**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

VARDAN GEVORGYAN, *an individual*; and GAYANE GHARIBYAN, *an individual*;

Plaintiffs,

v.

AMERICAN GENERAL LIFE INSURANCE COMPANY; and Does, *1 through 100, inclusive*,

Defendants.

Case No. 2:25-cv-02703-MWC-KS

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE (DKT. 52)**

Upon review of the Joint Stipulation of Dismissal with Prejudice ("Stipulation"), Dkt. # 52, brought under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Stipulation is **GRANTED**. The Stipulation is signed by all parties who have appeared in this action. Accordingly, the above-entitled matter and all claims herein are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: July 22, 2026

Honorable Michelle Wiliams Court
United States District Judge